```
 1  WILLIAM L. STERN (BAR NO. 96105)
    wstern@mofo.com
 2  JESSE W. MARKHAM, JR. (BAR NO. 87788)
    jmarkham@mofo.com
 3  JAMES R. McGUIRE (BAR NO. 189275)
    jmcguire@mofo.com
 4  ELIZABETH GILL (BAR NO. 218311)
    egill@mofo.com
 5  MORRISON & FOERSTER LLP
    425 Market Street
 6  San Francisco, California  94105-2482
    Telephone: 415.268.7000
 7  Facsimile:  415.268.7522

 8  Attorneys for Defendant
    USAA CASUALTY INSURANCE COMPANY
 9
```

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14  JANE MARIE FILITI, Individually and on Behalf of All Others Similarly Situated, | Case No.  2:06-cv-02694-MCE-DAD |
| 15                         Plaintiffs, | **ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |
| 16  v. | |
| 17 | |
| 18  USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50, | The Hon. Morrison C. England, Jr. |
| 19                         Defendants. | Complaint filed:  November 27, 2006 |
| 20 | |

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT REQUEST
 2:06-CV-02694-MCE-DAD
U:\My Documents\proposed order re stip re amended complaint.doc

**ORDER**

The parties jointly request that the Court order the following schedule regarding the amended complaint that plaintiff intends to file by March 5, 2007:

- If plaintiff amends the complaint by March 5, 2007, defendant will have to and including March 26, 2007, to respond to the amended complaint; and
- If plaintiff does not amend the complaint by March 5, 2007, defendant will have to and including March 15, 2007, to respond to the operative complaint.

IT IS SO ORDERED.

Dated: February 27, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT REQUEST
 2:06-CV-02694-MCE-DAD
U:\My Documents\proposed order re stip re amended complaint.doc