UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JANE MARIE FILITI,                    No. 2:06-cv-02694-MCE-DAD

    Plaintiff,

  v.                                **RECUSAL ORDER**

USAA CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are VACATED;

///
///
///

1

1      3.   The Clerk of the Court reassign this case to another
2 judge for all further proceedings, making appropriate adjustments
3 in the assignments of civil cases to compensate for such
4 reassignment;
5      4.   That this case is reassigned to the Honorable William B.
6 Shubb.  Henceforth the caption on all documents filed in the
7 reassigned case shall be 2:06-cv-02694-WBS.
8      IT IS SO ORDERED.

Dated: May 14, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE