| | |
|---|---|
| 1 | WILLIAM L. STERN (BAR NO. 96105) |
| | wstern@mofo.com |
| 2 | JAMES R. McGUIRE (BAR NO. 189275) |
| | jmcguire@mofo.com |
| 3 | ELIZABETH GILL (BAR NO. 218311) |
| | egill@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANE MARIE FILITI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:06-cv-02694-WBS-DAD |
| Plaintiffs, | **ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50, | The Hon. William B. Shubb |
| Defendants. | Complaint filed: November 27, 2006 |

[PROPOSED] ORDER RE STIPULATED REQUEST
Case No. 2:06-CV-02694-WBS-DAD
sf-2345770

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The parties jointly request that the Court extend the time for defendant USAA Casualty |
| 3 | Insurance Company to respond to plaintiff's First Amended Complaint by 11 days, to and |
| 4 | including July 16, 2007. |
| 5 | IT IS SO ORDERED. |
| 6 | |
| 7 | Dated:   June 29, 2007 |
| 8 | WILLIAM B. SHUBB |
| 9 | UNITED STATES DISTRICT JUDGE |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |