JOHN N. QUISENBERRY, ESQ. (SBN 94751)
jquisenberry@quislaw.com
ROBERT J. DREXLER, JR., ESQ. (SBN 119119)
rdrexler@quislaw.com
DANIEL A. CRAWFORD, ESQ. (SBN 187807)
dcrawford@quislaw.com
**THE QUISENBERRY LAW FIRM**
2049 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 785-7966
Fax: (310) 785-0254

Attorneys for Intervenor
MARY JANE FILITI

WILLIAM L. STERN (SBN 96105)
wstern@mofo.com
JAMES R. McGUIRE (SBN 189275)
jmcguire@mofo.com
ELIZABETH O. GILL (SBN 218311)
egill@mofo.com
SARAH E. GRISWOLD (SBN 240326)
sgriswold@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE MARIE FILITI, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>       vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50,<br><br>            Defendants. | Case No.  2:06-CV-02694-WBS-DAD and Related Case No. 2:06-CV-1618-MCE-DAD<br><br>(Case assigned to Hon. William B. Shubb)<br><br>**STIPULATED [PROPOSED] SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Filed:       November 27, 2006<br><br>Trial Date:      February 3, 2009 |

In order to account for the fact that this case is pleaded as a class action, the undersigned parties hereby request that the Amended Status (Pretrial Scheduling) Order, dated July 27, 2007, be amended as follows:

### IV. DISCOVERY

All discovery regarding the potential damages of, or the potential amounts of restitution for, the putative class shall be stayed until this Court issues its ruling on Plaintiff's anticipated motion for class certification.  If Plaintiff fails to file such a motion within the time provided in Section V, below, discovery regarding potential damages or restitution for the named Plaintiff only shall be permitted at that time.

The parties shall disclose experts who may provide evidence in support of, or in opposition to, the anticipated motion for class certification, and produce reports of such experts, in accordance with Fed. R. Civ. P. 26(a)(2) by no later than May 20, 2008.  Such disclosures and reports shall be served via overnight mail.

With regard to expert testimony intended solely for rebuttal evidence in support of, or in opposition to, the anticipated motion for class certification, those experts shall be disclosed and reports produced in accordance with Fed. R. Civ. P. 26(a)(2) on or before May 30, 2008.  Such disclosures and reports shall be served via overnight mail.

These disclosures of experts who may provide evidence for the motion for class certification shall not affect the parties' obligation or opportunity to later disclose additional experts whose testimony may be used at trial.

All discovery, including depositions for the preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by December 15, 2008.

### V. MOTION HEARING SCHEDULE

Any motion for class certification shall be filed and served not later than June 20, 2008.  Any opposition to such motion shall be filed as served not later than July 25, 2008.  Any reply to such opposition shall be filed and served not later than August 15, 2008.  All memoranda in support or in opposition to the motion for class certification shall be served via electronic (e-mail) delivery and via overnight delivery.  All evidence and document supporting such memoranda shall be served

1 | via overnight delivery.

2 | All other motions, except motions for continuances, temporary restraining orders or other
3 | emergency applications, shall be filed on or before September 12, 2008. All motions shall be
4 | noticed for the next available hearing date.

5 | All provisions of the Court's previous Amended Status (Pretrial Scheduling) Order, dated
6 | July 27, 2007, regarding Final Pretrial Conference, Trial Setting, Settlement Conference, and
7 | Modifications to Scheduling Order, are incorporated herein.

8 | SO STIPULATED:

DATED: November 13, 2007            THE QUISENBERRY LAW FIRM
                                        JOHN N. QUISENBERRY
                                        ROBERT J. DREXLER, JR.
                                        DANIEL A. CRAWFORD


                                    By:  /s/
                                        DANIEL A. CRAWFORD
                                        Attorneys for Plaintiff
                                        JANE MARIE FILITI


DATED: November 13, 2007            MORRISON & FOERSTER LLP
                                        WILLIAM L. STERN
                                        JAMES R. McGUIRE
                                        ELIZABETH O. GILL
                                        SARAH E. GRISWOLD


                                    By:  /s/

                                        Attorneys for Defendant
                                        USAA CASUALTY INSURANCE
                                        COMPANY

194089.1

2

Case No. 2:06-CV-02694-WBS-DAD
**SECOND AMENDED STATUS
(PRETRIAL SCHEDULING) ORDER**

## **ORDER**

For good cause showing, and based on the stipulation of the parties, the Status (Pretrial Scheduling) Order is amended as stated herein.

Dated: November 13, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE