Neville L. Johnson (State Bar No. 66329)
Douglas L. Johnson (State Bar No. 209216)
JOHNSON & JOHNSON LLP
439 N. Canon Drive, Suite 200
Beverly Hills, CA 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
njohnson@jjllplaw.com;
djohnson@jjllplaw.com

Attorneys for NONPARTY Johnnie Walker
d/b/a/ PJ's Auto Body

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANE MARIE FILITI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation; and DOES 1-50<br><br>    Defendants. | CASE NO. 2:06-cv-02694-WBS-DAD<br><br>**ORDER GRANTING DOUGLAS L. JOHNSON'S REQUEST FOR COURT CALL TELEPHONIC APPEARANCE RE DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRD-PARTY SUBPOENA**<br><br><u>Hearing</u><br><br>Date:   April 18, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom No. 27 – 8th Fl.<br><br>Honorable Dale A. Drozd |

1   GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants
2   Douglas L. Johnson's request to appear telephonically at the April 18, 2008
3   hearing at 10:00 a.m. re: defendant's motion to compel documents responsive to
4   third-party subpoena.

6   DATED: April 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11  Ddad1/orders.civil/filiti2694.ord(2)