IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANE MARIE FILITI, Individually
and on Behalf of All Others
Similarly Situated,

      Plaintiff,             No. CIV S-06-2694 WBS DAD

   v.

USAA CASUALTY INSURANCE
COMPANY, a Foreign Corporation,
and DOES 1-50,

      Defendants.       <u>ORDER</u>
_____/

      This case came before the court on April 18, 2008, for hearing of defendant USAA Casualty Insurance Company's motion for an order compelling nonparty Johnnie Walker d/b/a PJ's Auto Body to produce documents responsive to a subpoena issued on November 29, 2007. James R. McGuire, Esq. appeared telephonically for the moving party. Douglas L. Johnson, Esq. appeared telephonically for nonparty Johnnie Walker d/b/a PJ's Auto Body.

      The court gave careful consideration to all written materials submitted in connection with the motion, the arguments of counsel at the hearing, and the court file. For the reasons set forth on the record in open court, the court granted defendant's motion in part and denied the motion in part.

1

IT IS ORDERED that:

1. Defendant USAA Casualty Insurance Company's March 21, 2008 motion to compel production of documents responsive to subpoena is

    (a) denied as to Request Nos. 3, 4, 9, and 10,

    (b) granted as to Request Nos. 7 and 8, and

    (c) granted as to Request No. 5, but only with respect to correspondence between nonparty Johnnie Walker d/b/a PJ's Auto Body and the individual plaintiff in this case, unless and until a class is certified, in which case the court will, on motion by defendant, expand the ruling to include correspondence with any member of the class;

2. Nonparty Johnnie Walker d/b/a PJ's Auto Body shall produce additional documents pursuant to this order within thirty days after April 18, 2008; any request for additional time must make a substantial showing of hardship; and

3. The request by nonparty Johnnie Walker d/b/a PJ's Auto Body for reimbursement of costs arising from production of additional documents is denied without prejudice to renewing the request if undue costs are incurred.

DATED: April 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/filiti2694.mtc.oah041808

2