WILLIAM L. STERN (BAR NO. 96105)
wstern@mofo.com
JAMES R. McGUIRE (BAR NO. 189275)
jmcguire@mofo.com
MIMI YANG (BAR NO. 229514)
mimiyang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANE MARIE FILITI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50,<br><br>Defendants. | Case No.  2:06-cv-02694-WBS-DAD<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION AND RELATED DATES**<br><br>The Hon. William B. Shubb<br><br>Complaint filed:  November 27, 2006 |

[PROPOSED] ORDER RE STIPULATED REQUEST
Case No.  2:06-CV-02694-WBS-DAD
sf-2522379

**ORDER**

The parties jointly request that the Court extend the time by 60 days for: (1) the parties to disclose experts who may provide evidence in support of, or in opposition to, plaintiff's anticipated motion for class certification, up to and including July 18, 2008; (2) expert testimony intended solely for rebuttal evidence in support of, or in opposition to, plaintiff's anticipated motion for class certification, up to and including July 29, 2008; (3) plaintiff to file a motion for class certification, up to and including August 19, 2008; (4) defendant to file an opposition to plaintiff's motion for class certification, up to and including September 23, 2008; (5) plaintiff to file a reply to defendant's opposition to the motion for class certification, up to and including October 14, 2008; and (6) the parties to file all other motions, except motions for continuances, temporary restraining orders or other emergency applications, up to and including November 11, 2008.

**IT IS SO ORDERED.**

Dated:  May 28, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE