1   WILLIAM L. STERN (BAR NO. 96105)
    wstern@mofo.com
2   JAMES R. McGUIRE (BAR NO. 189275)
    jmcguire@mofo.com
3   MIMI YANG (BAR NO. 229514)
    mimiyang@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile:  415.268.7522

7   Attorneys for Defendant
    USAA CASUALTY INSURANCE COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

| | |
|---|---|
| 13  JANE MARIE FILITI, Individually and on Behalf of All Others Similarly Situated, | Case No.  2:06-cv-02694-WBS-DAD |
| 14                     Plaintiffs, | **ORDER GRANTING STIPULATED REQUEST TO FURTHER EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION AND RELATED DATES** |
| 15        v. | |
| 16 | |
| 17  USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50, | |
| 18                     Defendants. | The Hon. William B. Shubb |
| 19 | Complaint filed:  November 27, 2006 |
| 20 | |

21

22

23

24

25

26

27

28

1

## ORDER

2      The parties jointly request that the Court extend the time by 60 days for: (1) plaintiff to

3  file a motion for class certification, up to and including December 19, 2008; (2) defendant to file

4  an opposition to plaintiff's motion for class certification, up to and including January 23, 2009;

5  (3) plaintiff to file a reply to defendant's opposition to the motion for class certification, up to and

6  including February 16, 2009; and (4) the parties to file all other motions, except motions for

7  continuances, temporary restraining orders or other emergency applications, up to and including

8  March 13, 2009.  For good cause shown, the parties' joint stipulated requested is hereby

9  GRANTED.

10      **IT IS SO ORDERED.**

11

Dated: October 3, 2008

12

13

14  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATED REQUEST
 2:06-CV-02694-WBSE-DAD
sf-2584092

1