1  WILLIAM L. STERN (BAR NO. 96105)
   wstern@mofo.com
2  JAMES R. McGUIRE (BAR NO. 189275)
   jmcguire@mofo.com
3  MIMI YANG (BAR NO. 229514)
   mimiyang@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile:  415.268.7522

7  Attorneys for Defendant
   USAA CASUALTY INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12

| | |
|---|---|
| 13  JANE MARIE FILITI, Individually and on Behalf of All Others Similarly Situated,<br>14<br>              Plaintiffs,<br>15<br>      v.<br>16<br>17  USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50,<br>18<br>              Defendants.<br>19 | Case No.  2:06-cv-02694-WBS-DAD<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE PRETRIAL CONFERENCE AND TRIAL**<br><br>The Hon. William B. Shubb<br><br>Complaint filed:  November 27, 2006 |

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATED REQUEST
Case No.  2:06-CV-02694-WBS-DAD
sf-2605517

**ORDER**

The parties jointly request that the Court: (1) continue the pretrial conference, presently scheduled for November 17, 2008, to July 27, 2009 at 2:00 p.m.; (2) continue the trial date, presently scheduled for February 3, 2009, to September 29, 2009 at 9:00 a.m..  For good cause shown, the parties' joint stipulated requested is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: November 17, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATED REQUEST
 2:06-CV-02694-WBSE-DAD
sf-2605517

1