1   WILLIAM L. STERN (BAR NO. 96105)
    wstern@mofo.com
2   JAMES R. McGUIRE (BAR NO. 189275)
    jmcguire@mofo.com
3   MIMI YANG (BAR NO. 229514)
    mimiyang@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile:  415.268.7522

7   Attorneys for Defendant
    USAA CASUALTY INSURANCE COMPANY
8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

| | |
|---|---|
| 13  JANE MARIE FILITI, Individually and on Behalf of All Others Similarly Situated, | Case No.  2:06-cv-02694-WBS-DAD |
| 14                        Plaintiffs, | **ORDER GRANTING STIPULATED REQUEST TO CONTINUE DISCOVERY CUT-OFF DEADLINE AND EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION AND RELATED DATES** |
| 15       v. | |
| 16  USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50, | |
| 17                        Defendants. | |
| 18 | |
| 19 | The Hon. William B. Shubb |
| 20 | |
| 21 | Complaint filed:  November 27, 2006 |

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATED REQUEST
Case No.  2:06-CV-02694-WBS-DAD
sf-2617676

**ORDER**

The parties jointly request that the Court: (1) continue the discovery cut-off deadline, presently scheduled for December 15, 2008, for another ninety (90) days up to and including March 16, 2009; and (2) further extend the time by another ninety (90) days for: (a) plaintiff to file a motion for class certification, up to and including March 19, 2008, (b) defendant to file an opposition to plaintiff's motion for class certification, up to and including April 23, 2009, (c) plaintiff to file a reply to defendant's opposition to the motion for class certification, up to and including May 15, 2009, and (d) the parties to file all other motions, except motions for continuances, temporary restraining orders or other emergency applications, up to and including June 12, 2009. For good cause shown, the parties' joint stipulated requested is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: December 12, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATED REQUEST
 2:06-CV-02694-WBSE-DAD
sf-2617676

1