| | |
|---|---|
| WILLIAM L. STERN (BAR NO. 96105)<br>wstern@mofo.com<br>JAMES R. McGUIRE (BAR NO. 189275)<br>jmcguire@mofo.com<br>MIMI YANG (BAR NO. 229514)<br>mimiyang@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant<br>USAA CASUALTY INSURANCE COMPANY | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANE MARIE FILITI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50,<br><br>Defendants. | Case No. 2:06-cv-02694-WBS-DAD<br><br>**ORDER GRANTING STIPULATED REQUEST TO VACATE ALL DATES CURRENTLY ON CALENDAR**<br><br>The Hon. William B. Shubb<br><br>Complaint filed: November 27, 2006 |

1 **ORDER**

2 The parties jointly request that the Court vacate all dates presently scheduled for this case,

3 including the trial date. For good cause shown, the parties' joint stipulated requested is hereby

4 GRANTED. The parties are directed to file a joint proposal for new case management dates

5 within thirty (30) days if they are not able to reach a settlement agreement in principle.

6

7 **IT IS SO ORDERED.**

8

9 Dated: April 6, 2009

10

11 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE